**PMC Property Group**
1608 Walnut St
Ste 1400
Philadelphia, PA 19103

paylocity

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | February 20, 2026 | 28488 |

**DIRECT DEPOSIT VOUCHER**

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,664.31 |
| **Total Direct Deposits** | | | **3,664.31** |

180704  256-PHI-NonLeasing   28488  30392  180704
**Diane Green**
134 Wolf Street
Philadelphia, PA  19148

## Non Negotiable - This is not a check - Non Negotiable

### PMC Property Group

**Diane Green**

**Earnings Statement**

| Employee ID | | Fed Taxable Income | 5,061.54 | Check Date | February 20, 2026 | Voucher Number | 28488 |
| Location | 256-PHI-NonLea | Fed Filing Status | M-0+ $40 | Period Beginning | February 2, 2026 | Net Pay | 3,664.31 |
| Salary | $5,384.62 | State Filing Status | M-0 | Period Ending | February 15, 2026 | Total Hours Worked | 80.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | | | | 1,076.92 |
| Regular | 67.3077 | 80.00 | 5,384.62 | 17,769.26 |
| Sick | | | | 1,076.92 |
| Vacation | | | | 1,615.38 |
| **Gross Earnings** | | **80.00** | **5,384.62** | **21,538.48** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 583.46 | 2,333.84 |
| MED | 78.08 | 312.32 |
| PA | 165.31 | 661.24 |
| PA-PHI1 | 201.38 | 805.52 |
| PASUI-E | 3.77 | 15.08 |
| SS | 333.85 | 1,335.40 |
| **Taxes** | **1,365.85** | **5,463.40** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 323.08 | 1,292.32 |
| Life Ins | 11.77 | 47.08 |
| Short Term Disability | 19.61 | 78.44 |
| **Deductions** | **354.46** | **1,417.84** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,664.31 |
| **Total Direct Deposits** | | | **3,664.31** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| Absent | 0.00 | 0.00 |
| SICK | 24.00 | 16.00 |
| Standard | 120.00 | 16.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 1.96 | 7.84 |

PMC Property Group | 1608 Walnut St Ste 1400 Philadelphia, PA 19103 | (215) 241-0200 | FEIN: 23-2321666 | PA: 72-16216

**PMC Property Group**
1608 Walnut St
Ste 1400
Philadelphia, PA 19103

paylocity

Direct Deposit Advice

**Check Date**
February 6, 2026

**Voucher Number**
28141

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,664.31 |
| **Total Direct Deposits** | | | **3,664.31** |

180704   256-PHI-NonLeasing   28141  30016  **180704**
**Diane Green**
134 Wolf Street
Philadelphia, PA  19148

Non Negotiable - This is not a check - Non Negotiable

## PMC Property Group

**Diane Green**                                                                                                                    **Earnings Statement**

| Employee ID | | Fed Taxable Income | 5,061.54 | Check Date | February 6, 2026 | Voucher Number | 28141 |
| Location | 256-PHI-NonLea | Fed Filing Status | M-0+ $40 | Period Beginning | January 19, 2026 | Net Pay | 3,664.31 |
| Salary | $5,384.62 | State Filing Status | M-0 | Period Ending | February 1, 2026 | Total Hours Worked | 72.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | | | | 1,076.92 |
| Regular | 67.3077 | 72.00 | 4,846.16 | 12,384.64 |
| Sick | | | | 1,076.92 |
| Vacation | 67.3077 | 8.00 | 538.46 | 1,615.38 |
| **Gross Earnings** | | **80.00** | **5,384.62** | **16,153.86** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 583.46 | 1,750.38 |
| MED | 78.08 | 234.24 |
| PA | 165.31 | 495.93 |
| PA-PHI1 | 201.38 | 604.14 |
| PASUI-E | 3.77 | 11.31 |
| SS | 333.85 | 1,001.55 |
| **Taxes** | **1,365.85** | **4,097.55** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 323.08 | 969.24 |
| Life Ins | 11.77 | 35.31 |
| Short Term Disability | 19.61 | 58.83 |
| **Deductions** | **354.46** | **1,063.38** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,664.31 |
| **Total Direct Deposits** | | | **3,664.31** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| Absent | 0.00 | 0.00 |
| SICK | 24.00 | 16.00 |
| Standard | 104.00 | 16.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 1.96 | 5.88 |

PMC Property Group | 1608 Walnut St Ste 1400  Philadelphia, PA 19103 | (215) 241-0200 | FEIN: 23-2321666 | PA: 72-16216

**PMC Property Group**
1608 Walnut St
Ste 1400
Philadelphia, PA 19103

paylocity

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | January 23, 2026 | 27792 |

**DIRECT DEPOSIT VOUCHER**

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,664.31 |
| **Total Direct Deposits** | | | **3,664.31** |

180704   256-PHI-NonLeasing   27792  29638  180704
**Diane Green**
134 Wolf Street
Philadelphia, PA  19148

*Non Negotiable - This is not a check - Non Negotiable*

## PMC Property Group

**Earnings Statement**

**Diane Green**

| Employee ID | | Fed Taxable Income | 5,061.54 | Check Date | January 23, 2026 | Voucher Number | 27792 |
|---|---|---|---|---|---|---|---|
| Location | 256-PHI-NonLea | Fed Filing Status | M-0+ $40 | Period Beginning | January 5, 2026 | Net Pay | 3,664.31 |
| Salary | $5,384.62 | State Filing Status | M-0 | Period Ending | January 18, 2026 | Total Hours Worked | 56.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | | | | 1,076.92 |
| Regular | 67.3077 | 56.00 | 3,769.24 | 7,538.48 |
| Sick | 67.3077 | 16.00 | 1,076.92 | 1,076.92 |
| Vacation | 67.3077 | 8.00 | 538.46 | 1,076.92 |
| **Gross Earnings** | | **80.00** | **5,384.62** | **10,769.24** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 583.46 | 1,166.92 |
| MED | 78.08 | 156.16 |
| PA | 165.31 | 330.62 |
| PA-PHI1 | 201.38 | 402.76 |
| PASUI-E | 3.77 | 7.54 |
| SS | 333.85 | 667.70 |
| **Taxes** | **1,365.85** | **2,731.70** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 323.08 | 646.16 |
| Life Ins | 11.77 | 23.54 |
| Short Term Disability | 19.61 | 39.22 |
| **Deductions** | **354.46** | **708.92** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,664.31 |
| **Total Direct Deposits** | | | **3,664.31** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Absent | 0.00 | 0.00 |
| SICK | 24.00 | 16.00 |
| Standard | 112.00 | 8.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 1.96 | 3.92 |

PMC Property Group | 1608 Walnut St Ste 1400  Philadelphia, PA 19103 | (215) 241-0200 | FEIN: 23-2321666 | PA: 72-16216

**PMC Property Group**
1608 Walnut St
Ste 1400
Philadelphia, PA 19103

paylocity

Direct Deposit Advice

**Check Date**
January 9, 2026

**Voucher Number**
27420

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,664.31 |
| **Total Direct Deposits** | | | **3,664.31** |

180704  256-PHI-NonLeasing   27420  29248  180704
**Diane Green**
134 Wolf Street
Philadelphia, PA  19148

Non Negotiable - This is not a check - Non Negotiable

## PMC Property Group

**Diane Green**

| | | | | |
|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | 5,061.54 | |
| Location | 256-PHI-NonLea | Fed Filing Status | M-0+ $40 | |
| Salary | $5,384.62 | State Filing Status | M-0 | |

**Earnings Statement**

| | |
|---|---|
| Voucher Number | 27420 |
| Net Pay | 3,664.31 |
| Total Hours Worked | 56.00 |

Check Date  January 9, 2026
Period Beginning  December 22, 2025
Period Ending  January 4, 2026

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | 67.3077 | 16.00 | 1,076.92 | 1,076.92 |
| Regular | 67.3077 | 56.00 | 3,769.24 | 3,769.24 |
| Vacation | 67.3077 | 8.00 | 538.46 | 538.46 |
| **Gross Earnings** | | **80.00** | **5,384.62** | **5,384.62** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 583.46 | 583.46 |
| MED | 78.08 | 78.08 |
| PA | 165.31 | 165.31 |
| PA-PHI1 | 201.38 | 201.38 |
| PASUI-E | 3.77 | 3.77 |
| SS | 333.85 | 333.85 |
| **Taxes** | **1,365.85** | **1,365.85** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 323.08 | 323.08 |
| Life Ins | 11.77 | 11.77 |
| Short Term Disability | 19.61 | 19.61 |
| **Deductions** | **354.46** | **354.46** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,664.31 |
| **Total Direct Deposits** | | | **3,664.31** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Absent | 0.00 | 0.00 |
| SICK | 40.00 | 0.00 |
| Standard | 120.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 1.96 | 1.96 |

PMC Property Group | 1608 Walnut St Ste 1400  Philadelphia, PA 19103 | (215) 241-0200 | FEIN: 23-2321666 | PA: 72-16216

**PMC Property Group**
1608 Walnut St
Ste 1400
Philadelphia, PA 19103

paylocity

Direct Deposit Advice

**Check Date**
December 26, 2025

**Voucher Number**
27052

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,630.15 |
| **Total Direct Deposits** | | | **3,630.15** |

180704   256-PHI-NonLeasing   27052  28846 **180704**
**Diane Green**
134 Wolf Street
Philadelphia, PA  19148

Non Negotiable - This is not a check - Non Negotiable

## PMC Property Group

**Diane Green**                                                                          **Earnings Statement**

| Employee ID | | Fed Taxable Income | 5,061.54 | Check Date | December 26, 2025 | Voucher Number | 27052 |
| Location | 256-PHI-NonLea | Fed Filing Status | M-0+ $40 | Period Beginning | December 8, 2025 | Net Pay | 3,630.15 |
| Salary | $5,384.62 | State Filing Status | M-0 | Period Ending | December 21, 2025 | Total Hours Worked | 72.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 2,900.00 |
| EE REF BO | | | | 1,000.00 |
| FLOATIN | | | | 538.46 |
| Holiday | | | | 2,153.84 |
| Jury Duty | | | | 538.46 |
| Regular | 67.3077 | 72.00 | 4,846.16 | 127,615.54 |
| Sick | 67.3077 | 8.00 | 538.46 | 2,692.30 |
| Vacation | | | | 6,461.52 |
| **Gross Earnings** | | **80.00** | **5,384.62** | **143,900.12** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 617.62 | 16,864.64 |
| MED | 78.08 | 2,086.55 |
| PA | 165.31 | 4,417.79 |
| PA-PHI1 | 201.38 | 5,388.86 |
| PASUI-E | 3.77 | 100.75 |
| SS | 333.85 | 8,921.82 |
| **Taxes** | **1,400.01** | **37,780.41** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 323.08 | 8,634.08 |
| Life Ins | 11.77 | 306.02 |
| Short Term Disability | 19.61 | 509.86 |
| **Deductions** | **354.46** | **9,449.96** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,630.15 |
| **Total Direct Deposits** | | | **3,630.15** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Absent | 0.00 | 0.00 |
| SICK | 0.00 | 40.00 |
| Standard | 24.00 | 96.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 1.96 | 50.96 |

PMC Property Group | 1608 Walnut St Ste 1400  Philadelphia, PA 19103 | (215) 241-0200 | FEIN: 23-2321666 | PA: 72-16216

**PMC Property Group**
1608 Walnut St
Ste 1400
Philadelphia, PA 19103

paylocity

Direct Deposit Advice

**Check Date**
December 26, 2025

**Voucher Number**
27051

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 1,352.21 |
| **Total Direct Deposits** | | | **1,352.21** |

180704   256-PHI-NonLeasing         27051   28845   180704
Diane Green
134 Wolf Street
Philadelphia, PA  19148

Non Negotiable - This is not a check - Non Negotiable

**PMC Property Group**

**Diane Green**                                                                                       **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | 2,162.00 | Check Date    December 26, 2025 |
| Location | 256-PHI-NonLea | Fed Filing Status | M-0+ $40 | Period Beginning  December 8, 2025 |
| Salary | $5,384.62 | State Filing Status | M-0 | Period Ending    December 21, 2025 |

| | | | |
|---|---|---|---|
| Voucher Number | 27051 | | |
| Net Pay | 1,352.21 | | |
| Total Hours Worked | 0.00 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | 0.00 | | 2,300.00 | 2,900.00 |
| EE REF BO | | | | 1,000.00 |
| FLOATIN | | | | 538.46 |
| Holiday | | | | 2,153.84 |
| Jury Duty | | | | 538.46 |
| Regular | | | | 127,615.54 |
| Sick | | | | 2,692.30 |
| Vacation | | | | 6,461.52 |
| **Gross Earnings** | | **0.00** | **2,300.00** | **143,900.12** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 475.64 | 16,864.64 |
| MED | | | 33.31 | 2,086.55 |
| PA | | | 70.61 | 4,417.79 |
| PA-PHI1 | | | 86.02 | 5,388.86 |
| PASUI-E | | | 1.61 | 100.75 |
| SS | | | 142.60 | 8,921.82 |
| **Taxes** | | | **809.79** | **37,780.41** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 138.00 | 8,634.08 |
| Life Ins | | 306.02 |
| Short Term Disability | | 509.86 |
| **Deductions** | **138.00** | **9,449.96** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 1,352.21 |
| **Total Direct Deposits** | | | **1,352.21** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Absent | 0.00 | 0.00 |
| SICK | 0.00 | 40.00 |
| Standard | 24.00 | 96.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | | 50.96 |

**PMC Property Group**
1608 Walnut St
Ste 1400
Philadelphia, PA 19103

**paylocity**

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| December 12, 2025 | 26675 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,630.15 |
| **Total Direct Deposits** | | | **3,630.15** |

180704   256-PHI-NonLeasing    26675   28436  180704
**Diane Green**
134 Wolf Street
Philadelphia, PA 19148

Non Negotiable - This is not a check - Non Negotiable

## PMC Property Group

**Diane Green**                                                                                          **Earnings Statement**

| Employee ID | | Fed Taxable Income | 5,061.54 | Check Date | December 12, 2025 | Voucher Number | 26675 |
| Location | 256-PHI-NonLea | Fed Filing Status | M-0+ $40 | Period Beginning | November 24, 2025 | Net Pay | 3,630.15 |
| Salary | $5,384.62 | State Filing Status | M-0 | Period Ending | December 7, 2025 | Total Hours Worked | 56.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 600.00 |
| EE REF BO | | | | 1,000.00 |
| FLOATIN | 67.3077 | 8.00 | 538.46 | 538.46 |
| Holiday | 67.3077 | 8.00 | 538.46 | 2,153.84 |
| Jury Duty | | | | 538.46 |
| Regular | 67.3077 | 56.00 | 3,769.24 | 122,769.38 |
| Sick | | | | 2,153.84 |
| Vacation | 67.3077 | 8.00 | 538.46 | 6,461.52 |
| **Gross Earnings** | | **80.00** | **5,384.62** | **136,215.50** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 617.62 | 15,771.38 |
| MED | 78.08 | 1,975.16 |
| PA | 165.31 | 4,181.87 |
| PA-PHI1 | 201.38 | 5,101.46 |
| PASUI-E | 3.77 | 95.37 |
| SS | 333.85 | 8,445.37 |
| **Taxes** | **1,400.01** | **35,570.61** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 323.08 | 8,173.00 |
| Life Ins | 11.77 | 294.25 |
| Short Term Disability | 19.61 | 490.25 |
| **Deductions** | **354.46** | **8,957.50** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,630.15 |
| **Total Direct Deposits** | | | **3,630.15** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Absent | 0.00 | 0.00 |
| SICK | 8.00 | 32.00 |
| Standard | 24.00 | 96.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 1.96 | 49.00 |

PMC Property Group | 1608 Walnut St Ste 1400  Philadelphia, PA 19103 | (215) 241-0200 | FEIN: 23-2321666 | PA: 72-16216

**PMC Property Group**
1608 Walnut St
Ste 1400
Philadelphia, PA 19103

paylocity

Direct Deposit Advice

**Check Date**
November 28, 2025

**Voucher Number**
26169

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,630.15 |
| **Total Direct Deposits** | | | **3,630.15** |

180704  256-PHI-NonLeasing    26169  27894  180704
**Diane Green**
134 Wolf Street
Philadelphia, PA  19148

Non Negotiable - This is not a check - Non Negotiable

## PMC Property Group

**Diane Green**

**Earnings Statement**

| | | | |
|---|---|---|---|
| Employee ID | | Fed Taxable Income | 5,061.54 |
| Location | 256-PHI-NonLea | Fed Filing Status | M-0+ $40 |
| Salary | $5,384.62 | State Filing Status | M-0 |

| Check Date | November 28, 2025 | Voucher Number | 26169 |
|---|---|---|---|
| Period Beginning | November 10, 2025 | Net Pay | 3,630.15 |
| Period Ending | November 23, 2025 | Total Hours Worked | 80.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 600.00 |
| EE REF BO | | | | 1,000.00 |
| Holiday | | | | 1,615.38 |
| Jury Duty | | | | 538.46 |
| Regular | 67.3077 | 80.00 | 5,384.62 | 119,000.14 |
| Sick | | | | 2,153.84 |
| Vacation | | | | 5,923.06 |
| **Gross Earnings** | | **80.00** | **5,384.62** | **130,830.88** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 617.62 | 15,153.76 |
| MED | 78.08 | 1,897.08 |
| PA | 165.31 | 4,016.56 |
| PA-PHI1 | 201.38 | 4,900.08 |
| PASUI-E | 3.77 | 91.60 |
| SS | 333.85 | 8,111.52 |
| **Taxes** | **1,400.01** | **34,170.60** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 323.08 | 7,849.92 |
| Life Ins | 11.77 | 282.48 |
| Short Term Disability | 19.61 | 470.64 |
| **Deductions** | **354.46** | **8,603.04** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,630.15 |
| **Total Direct Deposits** | | | **3,630.15** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Absent | 0.00 | 0.00 |
| SICK | 8.00 | 32.00 |
| Standard | 32.00 | 88.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 1.96 | 47.04 |

PMC Property Group | 1608 Walnut St Ste 1400  Philadelphia, PA 19103 | (215) 241-0200 | FEIN: 23-2321666 | PA: 72-16216

**PMC Property Group**
1608 Walnut St
Ste 1400
Philadelphia, PA 19103

paylocity

Direct Deposit Advice

**Check Date**
November 28, 2025

**Voucher Number**
26168

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 352.74 |
| Total Direct Deposits | | | 352.74 |

180704    256-PHI-NonLeasing    26168  27893 180704
**Diane Green**
134 Wolf Street
Philadelphia, PA  19148

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

**PMC Property Group**

**Diane Green**                                    **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | 564.00 | Check Date | November 28, 2025 | Voucher Number | 26168 |
| Location | 256-PHI-NonLea | Fed Filing Status | M-0+ $40 | Period Beginning | November 10, 2025 | Net Pay | 352.74 |
| Salary | $5,384.62 | State Filing Status | M-0 | Period Ending | November 23, 2025 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | 0.00 | 600.00 | 600.00 |
| EE REF BO | | | | 1,000.00 |
| Holiday | | | | 1,615.38 |
| Jury Duty | | | | 538.46 |
| Regular | | | | 119,000.14 |
| Sick | | | | 2,153.84 |
| Vacation | | | | 5,923.06 |
| **Gross Earnings** | | 0.00 | 600.00 | 130,830.88 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 124.08 | 15,153.76 |
| MED | 8.70 | 1,897.08 |
| PA | 18.42 | 4,016.56 |
| PA-PHI1 | 22.44 | 4,900.08 |
| PASUI-E | 0.42 | 91.60 |
| SS | 37.20 | 8,111.52 |
| **Taxes** | 211.26 | 34,170.60 |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 36.00 | 7,849.92 |
| Life Ins | | 282.48 |
| Short Term Disability | | 470.64 |
| **Deductions** | 36.00 | 8,603.04 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 352.74 |
| Total Direct Deposits | | | 352.74 |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Absent | 0.00 | 0.00 |
| SICK | 8.00 | 32.00 |
| Standard | 32.00 | 88.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | | 47.04 |

PMC Property Group | 1608 Walnut St Ste 1400  Philadelphia, PA 19103 | (215) 241-0200 | FEIN: 23-2321666 | PA: 72-16216

**PMC Property Group**
1608 Walnut St
Ste 1400
Philadelphia, PA 19103

paylocity

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | November 14, 2025 | 25598 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,630.19 |
| **Total Direct Deposits** | | | **3,630.19** |

180704    256-PHI-NonLeasing    25598  27291  180704
**Diane Green**
134 Wolf Street
Philadelphia, PA  19148

## Non Negotiable - This is not a check - Non Negotiable

### PMC Property Group

**Diane Green**                                                                                                              **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | 5,061.54 | Check Date | November 14, 2025 | Voucher Number | 25598 |
| Location | 256-PHI-NonLea | Fed Filing Status | M-0+ $40 | Period Beginning | October 27, 2025 | Net Pay | 3,630.19 |
| Salary | $5,384.62 | State Filing Status | M-0 | Period Ending | November 9, 2025 | Total Hours Worked | 80.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| EE REF BO | | | | 1,000.00 |
| Holiday | | | | 1,615.38 |
| Jury Duty | | | | 538.46 |
| Regular | 67.3077 | 80.00 | 5,384.62 | 113,615.52 |
| Sick | | | | 2,153.84 |
| Vacation | | | | 5,923.06 |
| **Gross Earnings** | | **80.00** | **5,384.62** | **124,846.26** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 617.62 | 14,412.06 |
| MED | 78.08 | 1,810.30 |
| PA | 165.31 | 3,832.83 |
| PA-PHI1 | 201.38 | 4,676.26 |
| PASUI-E | 3.77 | 87.41 |
| SS | 333.81 | 7,740.47 |
| **Taxes** | **1,399.97** | **32,559.33** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 323.08 | 7,490.84 |
| Life Ins | 11.77 | 270.71 |
| Short Term Disability | 19.61 | 451.03 |
| **Deductions** | **354.46** | **8,212.58** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America N.A. | C | ***1656 | 3,630.19 |
| **Total Direct Deposits** | | | **3,630.19** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Absent | 0.00 | 0.00 |
| SICK | 8.00 | 32.00 |
| Standard | 32.00 | 88.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 1.96 | 45.08 |

paylocity

PMC Property Group | 1608 Walnut St Ste 1400  Philadelphia, PA 19103 | (215) 241-0200 | FEIN: 23-2321666 | PA: 72-16216