## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Diane Green, | Case No. 26-10508-AMC |
| | Chapter 13 |
| *Debtor*. | |

### CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on March 19, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: March 19, 2026

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

Method of Service – CM/ECF:

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

**Method of Service - First Class Mail**

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank Of America
Attn: Bankruptcy
100 North Tryon St
Charlotte, NC 28255

Best Egg
1523 Concord Pike Suite 201
Wilmington, DE 19803

Freedomplus
Attn: Bankruptcy
1875 South Grant St, Ste 400
San Mateo, CA 94402

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Dept. of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Rocket Mortgage
Attn: Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064