# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Diane Green<br><br>                               Debtor(s)<br><br>Bank of America, N.A.<br>                               Movant<br><br>vs.<br>Diane Green<br><br><br>and<br>SCOTT F. WATERMAN [Chapter 13]<br>                              Respondents | Chapter 13 Proceeding<br><br>26-10508-amc<br><br><br>Hearing: 04/29/26 at 10:00 am |

## OBJECTION TO CONFIRMATION OF THE PLAN

Bank of America, N.A. (Movant), a secured creditor in this case objects to the confirmation of the Debtor's Chapter 13 plan and states the following:

1. The plan does not provide for the secured creditor, Bank of America, N.A. to receive the full value of its claim in violation of 11 USC §1325(a)(5)(B)(ii).

2. As of the date of the filing of the bankruptcy on April 6, 2026, Movant is the holder of a secured claim in the amount of $125,792.05 secured by the Debtors' property located at 134 Wolf Street, Philadelphia, PA  19148-3325.

3. On or about April 6, 2026, Movant filed a Proof of Claim listing the arrears to be paid through the plan at **$2,980.93**.  See **Exhibit "A"** attached hereto and made a part hereof.

4. Debtor's Plan proposes to pay Movant **$1,403.00** in pre-petition arrears, which is insufficient to provide for Movant's arrearage claim.  See **Exhibit "B"** attached hereto and made a part hereof.

5. The Third Circuit has directed that the pre-petition escrow shortage be included in the proof of claim as outlined in *In Re Rodriguez,* 629 F.3d 136, 142 (3d Cir.2010) (holding that a mortgagee's right to collect unpaid escrow amounts from mortgagors constituted a "claim" because it was rooted in the language of the loan documentation and mortgage itself that were available to the parties prior to the bankruptcy filing).

6. If the plan is confirmed, the Movant may suffer irreparable injury, loss and damage.

Respectfully submitted,

**/s/ Karina Velter, Esquire**
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire; Atty ID # 63252
Harry B. Reese, Esquire; Atty ID #310501
Karina Velter, Esquire; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone; 215-942-8661 fax
bankruptcy@powerskirn.com
Attorney for Movant
Dated: 04/09/2026