# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Diane Green<br><br>                                    Debtor(s) | Chapter 13 Proceeding<br><br>26-10508-amc |
| Bank of America, N.A.<br>                                    Movant<br><br>vs.<br>Diane Green<br><br>and<br>SCOTT F. WATERMAN [Chapter 13]<br>                                    Respondents | |

## ORDER DENYING CONFIRMATION

Upon consideration of Bank of America, N.A.'s Objection to Confirmation the Proposed Plan and having heard the argument of counsel and for good cause having been shown;

It is on this        day of                , 2026 ORDERED that the Confirmation is DENIED.

BY THE COURT:

_____
United States Bankruptcy Judge
Ashely M. Chan