**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Diane Green |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of PENNSYLVANIA |
| Case number | 26-10508 |

## Official Form 410
# Proof of Claim

04/**25**

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

BANK OF AMERICA, N.A.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Bank of America, N.A.
Name

P.O. Box 31785
Number        Street

Tampa                    FL        33631-3785
City            State        ZIP Code

Contact phone 1-800-669-6607

Contact email _____

**Where should payments to the creditor be sent?** (if different)

Bank of America, N.A.
Name

P.O. Box 660933
Number        Street

Dallas                    TX        75266-0933
City            State        ZIP Code

Contact phone 1-800-669-6607

Contact email _____

Uniform claim identifier (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)_____ Filed on _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

EXHIBIT
**A**

Official Form 410                    Proof of Claim                    Page | 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 4 6 2 7

**7. How much is the claim?**   $125,792.05

**Does this amount include interest or other charges?**

☐ No

☑ Yes.   Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Money Loaned

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

Nature of property:

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe:   134 WOLF ST, PHILADELPHIA, PA 19148-3325

Basis for perfection:   Recorded Mortgage

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $

Amount of the claim that is secured:   $125,792.05

Amount of the claim that is unsecured:   $0.00   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $2,980.93

Annual Interest Rate (when case was filed)   4.375%

☑ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____  $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | |

\* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

---

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am the guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in the *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___04/06/2026___
        MM / DD / YYYY

___/s/ Karina Velter, Esquire___
    Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Jill Manuel-Coughlin, Esquire - Harry B. Reese, Esquire - Karina Velter, Esquire |
|---|---|
| | First name          Middle name          Last name |
| Title | Attorney |
| Company | Powers Kirn, LLC |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 8 Neshaminy Interplex, Suite 215 |
| | Number          Street |
| | Trevose          PA          19053 |
| | City          State          ZIP Code |
| Contact phone | 215-942-2090          Email          Bankruptcy@powerskirn.com |

## Mortgage Proof of Claim Attachment

(12/23)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

### Part 1: Mortgage and Case Information

| | |
|---|---|
| Case number: | 26-10508 |
| Debtor 1: | Diane Green |
| Debtor 2: | |
| Last 4 digits to identify: | 4 6 2 7 |
| Creditor: | BANK OF AMERICA, N.A. |
| Servicer: | Bank of America, N. A. |
| Fixed accrual/daily simple interest/other: | Fixed accrual |

### Part 2: Total Debt Calculation

| | |
|---|---|
| Principal balance: | $126,518.82 |
| Interest due: | $597.75 |
| Fees, costs due: | $50.00 |
| Escrow deficiency for funds advanced: | $0.00 |
| Less total funds on hand: | - $1,374.52 |
| Total debt: | $125,792.05 |

### Part 3: Arrearage as of Date of the Petition

| | |
|---|---|
| Principal due: | $430.70 |
| Interest due: | $461.27 |
| Prepetition fees due: | $50.00 |
| Escrow deficiency for funds advanced: | $0.00 |
| Projected escrow shortage: | $2,038.96 |
| Less funds on hand: | - $0.00 |
| Total prepetition arrearage: | $2,980.93 |

### Part 4: Monthly Mortgage Payment

| | |
|---|---|
| Principal & interest: | $891.97 |
| Monthly escrow: | $341.35 |
| Private mortgage insurance: | $0.00 |
| Total monthly payment: | $1,233.32 |

### Part 5 : Loan Payment History from First Date of Default

| | Account Activity | | | | | How Funds Were Applied/Amount Incurred | | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A.** | **B.** | **C.** | **D.** | **E.** | **F.** | **G.** | **H.** | **I.** | **J.** | **K.** | **L.** | **M.** | **N.** | **O.** | **P.** | **Q.** |
| Date | Contractual payment amount | Funds received | Amount incurred | Description | Contractual due date | Prin, int & esc past due balance | Amount to principal | Amount to interest | Amount to escrow | Amount to fees or charges | Unapplied funds | Principal balance | Accrued interest balance | Escrow balance | Fees / Charges balance | Unapplied funds balance |
| 12/01/2025 | $1,403.08 | $0.00 | $0.00 | Monthly Assessment | | $1,403.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $127,375.54 | $0.00 | $352.30 | $0.00 | $0.00 |
| 12/16/2025 | $0.00 | $0.00 | $44.60 | LATE CHARGE | | $1,403.08 | $0.00 | $0.00 | $0.00 | $44.60 | $0.00 | $127,375.54 | $0.00 | $352.30 | $44.60 | $0.00 |
| 12/31/2025 | $0.00 | $1,403.08 | $0.00 | Miscellaneous Payment | 01/01/2026 | $0.00 | $427.58 | $464.39 | $511.11 | $0.00 | $0.00 | $126,947.96 | $0.00 | $863.41 | $44.60 | $0.00 |
| 01/01/2026 | $1,403.08 | $0.00 | $0.00 | Monthly Assessment | | $1,403.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $126,947.96 | $0.00 | $863.41 | $44.60 | $0.00 |
| 01/16/2026 | $0.00 | $0.00 | $44.60 | LATE CHARGE | | $1,403.08 | $0.00 | $0.00 | $0.00 | $44.60 | $0.00 | $126,947.96 | $0.00 | $863.41 | $89.20 | $0.00 |
| 01/23/2026 | $0.00 | $1,403.08 | $0.00 | Miscellaneous Payment | 02/01/2026 | $0.00 | $429.14 | $462.83 | $511.11 | $0.00 | $0.00 | $126,518.82 | $0.00 | $1,374.52 | $89.20 | $0.00 |
| 01/24/2026 | $0.00 | $39.20 | $0.00 | LATE CHARGE | | $0.00 | $0.00 | $0.00 | $0.00 | -$39.20 | $0.00 | $126,518.82 | $0.00 | $1,374.52 | $50.00 | $0.00 |
| 02/01/2026 | $1,403.08 | $0.00 | $0.00 | Monthly Assessment | | $1,403.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $126,518.82 | $0.00 | $1,374.52 | $50.00 | $0.00 |

Official Form 410A                    **Mortgage Proof of Claim Attachment**                    page 1 of 1

**Less total funds on hand includes a positive escrow amount which requires written borrower permission before applying to payoff**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> Diane Green <br><br><br>            Debtor(s) | Chapter 13 Proceeding <br><br><br>    Case No.  26-10508 AMC |
| BANK OF AMERICA, N.A. <br>             Movant <br> v. <br> Diane Green <br> Scott F. Waterman, Esq., Trustee <br>          Respondents | |

**CERTIFICATE OF SERVICE**

I, as counsel for BANK OF AMERICA, N.A., hereby certify that a copy of the Proof of Claim was served upon the following persons by electronic notification and/or first class U.S. mail, on April 6, 2026:

**Parties Served via Electronic Notification:**

Michael A. Cibik, Esquire
1500 Walnut Street
Suite 900
Philadelphia, PA  19102
Attorney for Debtor(s)

Scott F. Waterman, Esquire
2901 St. Lawrence Avenue, Suite 100
Reading PA  19606
Trustee

**Parties Serviced via First Class Mail:**

Diane Green
134 Wolf Street
Philadelphia PA  19148-3325
Debtor

Michael Green
134 Wolf Street
Phailadelphia, PA  19148-3325
Co-Debtor

POWERS KIRN, LLC

By:    /s/ Karina Velter, Esquire
Jill Manuel-Coughlin, Esquire ; ID 63252
Harry B. Reese, Esquire; ID 310501
Karina Velter, Esquire; ID 94781
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: bankruptcy@powerskirn.com