**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Diane Green<br><br><div align="right">Debtor(s)</div> | Chapter 13 Proceeding<br><br>26-10508-amc |
| Bank of America, N.A.<br><div align="right">Movant</div><br>vs.<br>Diane Green<br><br>and<br>SCOTT F. WATERMAN [Chapter 13]<br><div align="right">Respondents</div> | |

**CERTIFICATE OF SERVICE
OF OBJECTION TO CONFIRMATION**

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on April 9, 2026.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

*Parties Served via Electronic Notification:*

MICHAEL A. CIBIK, Esquire
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Debtor(s) Attorney

SCOTT F. WATERMAN [Chapter 13], Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
Trustee

*Parties Serviced via First Class Mail:*

Diane Green
134 Wolf Street
Philadelphia, PA 19148-3325

**/s/ Karina Velter, Esquire**
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire; Atty ID # 63252
Harry B. Reese, Esquire; Atty ID #310501
Karina Velter, Esquire; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone; 215-942-8661 fax
bankruptcy@powerskirn.com
Attorney for Movant
Dated: 04/09/2026