IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Diane Green<br><br>                          Debtor(s)<br><br><br>BANK OF AMERICA, N.A.<br><br>                          Movant<br>    v.<br>Diane Green<br><br><br>                          Respondent | Chapter 13<br><br>Case No.:  26-10508 AMC |

**PRAECIPE TO WITHDRAW**
**OBJECTION TO CONFIRMATION OF THE PLAN**

BANK OF AMERICA, N.A. respectfully withdraws its OBJECTION TO CONFIRMATION OF THE PLAN, which was filed on 04/09/2026, at docket #25.

Dated:  May 19, 2026

       /s/ Karina Velter, Esquire
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant