IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Diane Green<br><br>                                   **Debtor(s)**<br><br><br>BANK OF AMERICA, N.A.<br><br>                                  **Movant**<br>     v.<br>Diane Green<br><br><br>                               **Respondent** | | Case No.: 26-10508 AMC |

**CERTIFICATION OF SERVICE**

    I certify that a copy of BANK OF AMERICA, N.A.'s PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF THE PLAN was served upon the following parties via First Class Mail and/or CM/ECF electronic filing on May 19, 2026.

<u>Parties served via Electronic Notification:</u>

Scott F. Waterman
2901 St. Lawrence Avenue, Suite 100
Reading PA  19606
info@ReadingCh13.com
Trustee

Michael A. Cibik, Esquire
1500 Walnut Street
Suite 900
Philadelphia, PA  19102
help@cibiklaw.com
Attorney for Debtor/Debtors

<u>Parties served via First-Class Mail:</u>

Diane Green
134 Wolf Street
Philadelphia PA  19148-3325
Debtor

Dated:  May 19, 2026

     <u>/s/ Karina Velter, Esquire</u>
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant