B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re  DIANE GREEN                              ,                    Case No.  2-26-BK-10508

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Resurgent Receivables LLC | RESURGENT CAPITAL SERVICES AS SERVICING AGENT FOR |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Resurgent Receivables LLC
    PO Box 10587
    Greenville SC 29603-0587

Court Claim # (if known): _____3_____
Amount of Claim: _____10,127.54_____
Date Claim Filed: _____3/10/2026_____

Phone:  (877) 264-5884
Last Four Digits of Acct #: _____4087_____

Phone: _____
Last Four Digits of Acct. #: ____4087____

Name and Address where transferee payments should be sent (if different from above):
    Resurgent Capital Services
    PO Box 10587
    Greenville, SC  29603-0587
Phone:  (877) 264-5884
Last Four Digits of Acct #: _____4087_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lore'l Thompson                              Date: 6/4/2026
    Transferee/Transferee's Agent
    (877) 264-5884

    AskBK@resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.