United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 26-10508-amc

Diane Green                                                               Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                       User: admin                              Page 1 of 3

Date Rcvd: Jul 23, 2026                    Form ID: 155                      Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Diane Green, 134 Wolf Street, Philadelphia, PA 19148-3325 |
| 15106143 | + | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |
| 15104279 | + | BANK OF AMERICA, N.A., c/o JILL MANUEL-COUGHLIN, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215 Trevose, PA 19053-6980 |
| 15104278 | + | Rocket Mortgage, LLC, c/o ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15102617 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jul 24 2026 01:47:00 | Bank Of America, Attn: Bankruptcy, 100 North Tryon St, Charlotte, NC 28255-0001 |
| 15102616 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 24 2026 01:46:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15126070 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 24 2026 01:46:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 15128969 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 24 2026 01:46:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15102618 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 24 2026 01:59:06 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 15162356 | | Email/Text: megan.harper@phila.gov | Jul 24 2026 01:47:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15102619 | + | Email/Text: bk@freedomfinancialnetwork.com | Jul 24 2026 01:46:00 | Freedomplus, Attn: Bankruptcy, 1875 South Grant St, Ste 400, San Mateo, CA 94402-2676 |
| 15102620 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 24 2026 01:47:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15102621 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 24 2026 01:47:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15110927 | ^ | MEBN | Jul 24 2026 01:44:08 | Philadelphia Gas Works, 800 W Montgomery Ave., ATTN:Bankruptcy Dept.3FL, Philadelphia, PA 19122-2898 |
| 15113595 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 01:59:18 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15152331 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 01:59:07 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 23, 2026 | Form ID: 155 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 15102622 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jul 24 2026 01:47:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 | |
| 15103565 | + Email/Text: EBN@brockandscott.com | Jul 24 2026 01:46:00 | Rocket Mortgage ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 | |
| 15117960 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jul 24 2026 01:47:00 | Rocket Mortgage, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 | |
| 15103566 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jul 24 2026 01:47:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, Michigan 48226-3573 | |
| 15102623 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 24 2026 01:59:23 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 | |
| 15127223 | + Email/PDF: ebn_ais@aisinfo.com | Jul 24 2026 01:59:06 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 | |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor BANK OF AMERICA  N.A. Kvelter@duanemorris.com, bankruptcy@powerskirn.com |
| MARIO J. HANYON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Diane Green help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | |

District/off: 0313-2                                         User: admin                                              Page 3 of 3
Date Rcvd: Jul 23, 2026                                  Form ID: 155                                         Total Noticed: 22

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
   Diane Green                       )              Case No. 26–10508–amc
                                      )
                                      )
   Debtor(s).                         )              Chapter: 13
                                      )
                                      )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 23, 2026                                    For The Court

                                                    Ashely M. Chan
                                                    Chief Judge, United States Bankruptcy Court