Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Diane Green
134 Wolf Street
Philadelphia, PA 19148-3325

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-10508-AMC**

Petition Filed Date: 02/09/2026
341 Hearing Date: 03/20/2026
Confirmation Date: 07/22/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/30/2026 | $1,468.00 | | 05/11/2026 | $1,358.00 | | 06/05/2026 | $1,358.00 | |
| 07/06/2026 | $1,358.00 | | | | | | | |

**Total Receipts for the Period: $5,542.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $6,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $5,133.00 | $5,133.00 | $0.00 |
| 1 | ACHIEVE PERSONAL LOANS<br>»» 001 | Unsecured Creditors | $41,835.87 | $0.00 | $41,835.87 |
| 2 | PHILADELPHIA GAS WORKS<br>»» 002 | Unsecured Creditors | $390.23 | $0.00 | $390.23 |
| 3 | RESURGENT CAPITAL SERVICES<br>»» 003 | Unsecured Creditors | $10,127.54 | $0.00 | $10,127.54 |
| 4 | ROCKET MORTGAGE LLC<br>»» 004 | Mortgage Arrears | $940.70 | $296.41 | $644.29 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 005 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA N.A.<br>»» 006 | Mortgage Arrears | $2,980.93 | $939.27 | $2,041.66 |
| 7 | VERIZON BY AIS AS AGENT<br>»» 007 | Unsecured Creditors | $264.09 | $0.00 | $264.09 |
| 8 | BANK OF AMERICA NA<br>»» 008 | Unsecured Creditors | $10,501.11 | $0.00 | $10,501.11 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $161.48 | $0.00 | $161.48 |

**Chapter 13 Case No. 26-10508-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,900.00 | Current Monthly Payment: | $1,358.00 |
| Paid to Claims: | $6,368.68 | Arrearages: | $0.00 |
| Paid to Trustee: | $531.32 | Total Plan Base: | $80,232.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.