# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Diane Green<br>Debtor(s) | Chapter 13<br><br>Case No. 26-10508 AMC |
| BANK OF AMERICA, N.A.<br>Movant<br>v.<br><br>Diane Green<br>Michael Green, Non-Filing Co-Debtor<br><br>and<br><br>Scott F. Waterman, Trustee<br>Respondents | |

**CERTIFICATION OF SERVICE**

I, Jill Manuel-Coughlin, Esquire, certify that on October 29, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/EDF system:

- Notice of Motion, Response Deadline and Telephonic or Video Hearing Date
- Motion for Relief from the Automatic Stay
- Proposed Order Granting Stay Relief
- Certification of Service

I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

/s/ Jill Manuel-Coughlin, Esquire

Date: October 29, 2026

POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire ; ID 63252
Harry B. Reese, Esquire; ID 310501
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone; 215-942-8661 fax
Email: bankruptcy@powerskirn.com
Attorney for Movant

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Office of the U.S. Trustee
Robert N. C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
U.S. Trustee

Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:

☐ Other:

Scott F. Waterman, Esquire
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Trustee

Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail: info@ReadingCh13.com

☐ Other:

Michael A. Cibik, Esquire
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Attorney for Debtor(s)

Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail: help@cibiklaw.com

☐ Other:

Diane Green
134 Wolf Street
Philadelphia, PA 19148-3325
Debtor

Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:

☐ Other:

Michael Green
134 Wolf Street
Philadelphia, PA 19148-3325
Non-Filing Co-Debtor

Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:

☐ Other: